## CRYSTAL LAKE ICE COMPANY
### *v.*
## THE ADMINISTRATOR OF BACKUS.

This is the case referred to in the conclusion of the foregoing opinion.

Mr. JUSTICE BREESE — This cause is fully considered and decided in the case of *Baker et al.* v. *The Administrator of Backus, ante.*

The decree of the court is reversed and the bill dismissed.